## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 68.230.140.240, <br><br> Defendant. | Civil Action No. 3:17-cv-00259-VAB |

### **MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**

Plaintiff's outgoing counsel moves the court for an order allowing The James Law Firm PLLC to withdraw as Plaintiff's counsel pursuant to Local Rule 3(e).

This motion is being filed under Rule 7(e) which states:

"(e) Withdrawals of Appearances Withdrawals of appearances may be accomplished only upon motion, which normally will not be granted except upon a showing that other counsel has appeared or that the party whose counsel seeks to withdraw may and has elected to proceed without counsel, and that the party has received actual notice of the motion to withdraw. In cases where the party has failed to engage other counsel or file a personal appearance, where good cause exists for permitting the withdrawal by the appearing counsel, the Court may grant the motion to withdraw the appearance after notice to the party that failure to either engage successor counsel or file a personal appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against the party."

Here all the requirements of Local Rule 3 are met. Substitute counsel Kevin T. Conway has been admitted to this court on October 6, 2017 and has filed a notice of appearance in this case with the client's consent. The client has been notified of this request and consents to Mr. Conway's appearance and The James Law Firm's withdrawal.

1

I respectfully request this Court issue an order allowing The James Firm to withdraw as counsel in this matter.

Dated: October 23, 2017

                                          Respectfully Submitted,

By:   /s/Jacqueline M. James
        Jacqueline M. James, Esq.
        The James Law Firm PLLC
        445 Hamilton Avenue, Suite 1102
        White Plains, New York 10610-1832
        T: (914) 358-6423
        F: (914) 358-6424

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                          Respectfully submitted,

By:   /s/ *Jacqueline M. James*